

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-19-00080-CV

**IN THE INTEREST OF G.M, A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00686
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The State's brief was due on April 8, 2019. *See* TEX. R. APP. P. 38.6(b). On the due date, the State filed a first motion for a twenty-day extension of time to file its brief.

    The State's motion is GRANTED. The State's brief is due on April 29, 2019.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court